■

In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Sole Surviving Successor Trustee, and HAROLD F. LE BARON et al., as Executors of MAUDE E. LE BARON, Deceased Trustee under the Will of ALFRED H. SMITH, Deceased. ANNE C. E. S. WATEROUS, Respondent; LEONARD P. LEVY et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. Motion for reargument of motion decided January 26, 1953 (ante, p. 767), and for other relief denied, without costs. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

LONG ISLAND UNIVERSITY, Appellant-Respondent, v. HARRY TAPPAN et al., Constituting the Town Board of the Town of Oyster Bay, Respondents, and THOMAS H. CHOATE et al., Constituting the Village Board of Trustees of the Village of Brookville, et al., Respondents-Appellants.— Motions for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 771.]

■

B. S. MARTINS CORPORATION, Respondent, v. GREENMONT-ON-HUDSON, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 750.]

■

PARISI BROTHERS, INC., Appellant, v. ERNEST NARDONE et al., Doing Business under the Name of MARIE BAKERIES, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. Motion for reargument denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate and Schmidt, JJ. [See ante, p. 717.]

■

GEORGE W. POWELL et al., on Behalf of Themselves and All Other Residents of Manhattan Beach Homes Similarly Situated, Respondents, v. HERMAN T. STICHMAN, as New York State Commissioner of Housing, et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. The time to answer is extended until ten days from the entry of the order hereon. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 765.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PALUMBO, Appellant.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reconsideration or modification of decision of January 5, 1953 (ante, p. 751), denied. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PALUMBO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. Motion for reargument denied. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See ante, p. 751.]